**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01160-CV

### RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellant

### V.

### MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellee's April 29, 2019 motion requesting an extension to May 20, 2019 to file its brief on the merits. By order dated April 29, 2019, this Court reinstated this appeal and set May 20th as the deadline for appellee's brief. Accordingly, we **DENY** the motion as moot.


/s/     BILL WHITEHILL
         JUSTICE